UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NIGIST SELAM GIRMA EL,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No.   5:25-cv-09132-EJD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE TO DISMISS CASE WITHOUT PREJUDICE**<br><br>Re: ECF No. 13 |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, as well as Magistrate Judge Cousin's Report and Recommendation to Dismiss Case Without Prejudice ("Report"), ECF No. 13.  The deadline for objections passed on January 23, 2025, and the Court has received no objection.

In an order issued on November 26, 2025, the Magistrate Judge dismissed Plaintiff's complaint for failure to state a claim.  ECF No. 12.   The Magistrate Judge found that Plaintiff failed to plead facts sufficient to show she is entitled to relief for her discrimination and retaliation claims under Title VII, her discrimination claim and failure to accommodate claim under the Americans with Disabilities Act ("ADA"), and her claims for relief from constructive discharge under Title VII and the ADA.  The order of dismissal provided Plaintiff with information on the resources available to pro se litigants in the Federal Pro Se Program and granted Plaintiff leave to amend the complaint by December 29, 2025, warning that the failure to cure these deficiencies may result in dismissal of her case.

Plaintiff did not file an amended complaint by December 29, 2025, and has not filed an amended complaint to this day.  Given Plaintiff's failure to amend her complaint, the Magistrate

Case No.: 5:25-cv-09132-EJD
ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE
1

Judge recommends that the Court dismiss this case without prejudice.

Having closely reviewed the Report, the Court finds it to be correct, well-reasoned, and thorough.  Therefore, the Court **ADOPTS** the Report in every respect.  Accordingly, the Court **DISMISSES** this action without prejudice.  The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

Dated: February 11, 2026

EDWARD J. DAVILA
United States District Judge

United States District Court
Northern District of California

Case No.: 5:25-cv-09132-EJD
ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE
2